# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**REGINALD M. CLYTUS,**

    Petitioner,

  -vs-                        Case No. 14-C-18

**MICHAEL BAENEN, Warden, Green Bay Correctional Institution,**

    Respondent.

## DECISION AND ORDER

This matter comes before the Court for an initial review of Reginald Clytus' petition for a writ of habeas corpus. The Court is unable to conclude that Clytus is not entitled to relief in the district court. Rule 4, Rules Governing Section 2254 Cases. Therefore, the respondent should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

Clytus also filed an application for release from custody pending resolution of his petition. This is not an "extraordinary case involving special circumstances or a high probability of success." *In re Roe*, 257 F.3d 1077, 1080 (9th Cir. 2011). Therefore, his application is denied.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2014.

                                              **BY THE COURT:**

                                              _____
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**